*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





# MEMORANDUM OPINION

No. 04-11-00338-CR

Raul R. **ZINZUN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR13046
Honorable Angus McGinty, Judge Presiding

PER CURIAM

Sitting:     Rebecca Simmons, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  July 6, 2011

DISMISSED

On June 2, 2011, we notified the appellant that the trial court's certification in this appeal states that "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." The clerk's record contains a written waiver signed by the appellant in which he entered a plea of no contest. The trial court's judgment also reflects a plea bargain agreement, and the punishment assessed did not exceed the punishment recommended by the prosecutor and agreed to by the

defendant. Therefore, the trial court's certification accurately reflects that the criminal case is a plea-bargain case. *See* TEX R. APP. P. 25.2(a)(2).

In our June 2, 2011 order, we warned the appellant that "[this] appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules." *See* TEX. R. APP. P. 25.2(d). We also warned the appellant that this appeal would be dismissed pursuant to rule 25.2(d) unless the appellant caused an amended trial court certification to be filed by June 18, 2011, that shows the appellant has the right of appeal. *See id.*, 37.1; *see also Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006); *Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, no pet.). No response was filed. Accordingly, we dismiss this appeal.


PER CURIAM


DO NOT PUBLISH